UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 20CR3663-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER SETTING STATUS HEARING RE: COUNSEL** |
| DANNY PHILLIP NEAL, | |
| Defendant. | |

The Court has received correspondence from Defendant Neal requesting the appointment of new counsel,[1]

IT IS HEREBY ORDERED that a Status Hearing regarding counsel shall be held on **Friday, December 17, 2021** at **1:30 p.m.**

IT IS SO ORDERED.

Dated: November 23, 2021

Hon. Janis L. Sammartino
United States District Judge

---

[1] Defendant's letter will be rejected for failing to comply with Local Rules, but a copy will be provided to defense counsel.