|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.   20CR3663-JLS |
|---|---|
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| v. | |
| DANNY PHILLIP NEAL, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the joint motion to continue the motion hearing/trial setting in this matter now scheduled for January 28, 2022 be continued until Friday, March 4, 2022 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED**.

Dated:   January 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge